UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| MATTHEW R. BONNE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No.: 3:04-CV-440 |
| | ) (PHILLIPS/GUYTON) |
| PREMIER ATHLETICS, LLC., et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

This civil action is before the Court pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Doc. 54] of the Honorable Thomas W. Phillips, United States District Judge, for disposition of Plaintiffs' Motion for Extension of Time to File a Daubert Challenge to Defendant USAG's Announced Expert Ulf Anderson. [Doc. 52] This matter came before the Court on October 1, 2007, for a hearing on the instant motion. Stephen Yeager was present on behalf of the plaintiffs, John Baker, Jr., was present on behalf of defendant Premier Athletics, LLC, and Samuel Rutherford was present on behalf of defendants USA Gymnastics and United States Gymnastics Federation.

At the hearing, plaintiffs' counsel indicated that the deposition of Mr. Anderson had been completed and requested a fourteen day extension of time to file a potential Daubert challenge as to Mr. Anderson. Similarly, defendants USA Gymnastics and United States Gymnastics Federation made an oral motion for an extension of time to file a possible Daubert challenge as to Mr. Fabish, seeking an extension of fourteen days from the completion of the deposition of Mr. Fabish. The parties agreed to the extensions. Accordingly, for good-cause shown, the plaintiffs' motion [Doc. 52] is hereby **GRANTED**, and the plaintiffs shall have until and including October 15, 2007, to file a Daubert challenge as to Mr. Anderson. Similarly, the oral motion of defendants

USA Gymnastics and United States Gymnastics Federation is **GRANTED**, and they shall have fourteen days from the completion of Mr. Fabish's deposition in which to file a Daubert challenge as to Mr. Fabish.

**IT IS SO ORDERED.**

ENTER:

    s/ H. Bruce Guyton
United States Magistrate Judge